IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN GRIFFIN BOWIE | § | PLAINTIFF |
| | § | |
| v. | § CIVIL ACTION NO. 1:07CV535-LG-RHW | |
| | § | |
| RONALD KING; REGINA HANCOCK; | § | |
| and STATE OF MISSISSIPPI | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on Report and Recommendations [17] entered by United States Magistrate Judge Robert H. Walker on June 12, 2009, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Report and Recommendations [17] entered by United States Magistrate Judge Robert H. Walker on June 12, 2009, be, and the same hereby is, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 9th day of July, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE